[   ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

___

In re:                                                                                                    Case No.

   James Thompson

**Debtor(s).**                                                                                     Chapter 13

___

**CHAPTER 13 PLAN**
___

**ADDRESS:**  (1) 377 Parkdale                                 (2) _____
              Memphis, TN 38109                                 _____

**PLAN PAYMENT:**

   **DEBTOR (1)** shall pay $ 75 _____  ( ) weekly, ( ) every two weeks, (✓) semi-monthly, or ( ) monthly, by:

     (✓) **PAYROLL DEDUCTION** from:  Memphis Grizz. Prep _____  **OR**  ( ) **DIRECT PAY**.
                            168 Jefferson
                            Memphis TN 38103

   **DEBTOR (2)** shall pay $ _____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

     ( ) **PAYROLL DEDUCTION** from: _____  **OR**  ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]                                ( ) YES  (✓) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE      ( ) YES  (✓) NO
      COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]

   (C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].                                   ( ) YES  (✓) NO

2. **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**  Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment:

   _____; ongoing payment begins _____       $ _____
                Approximate arrearage: _____       $ _____
   _____; ongoing payment begins _____       $ _____
                Approximate arrearage: _____       $ _____

5. **PRIORITY CLAIMS:**
   _____  Amount: _____      $ _____
   _____  Amount: _____      $ _____

6. **HOME MORTGAGE CLAIMS:**  ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   _____; ongoing payment begins _____       $ _____
                Approximate arrearage: _____ Interest _____%       $ _____
   _____; ongoing payment begins _____       $ _____
                Approximate arrearage: _____ Interest _____%       $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral:        Rate of Interest:        Monthly Plan Payment:
   _____    _____    _____%    $ _____
   _____    _____    _____%    $ _____
   _____    _____    _____%    $ _____

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]

| | Value of Collateral: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |
| _____ | _____ | _____ % | $ _____ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____ Collateral: _____
_____ Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest: | Monthly Plan Payment: |
|---|---|---|---|
| _____ | _____ | _____ % | $ _____ |
| covington pike accept. | 1200 | _____ % | $ 30 |
| _____ | _____ | _____ % | $ _____ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____  ( ) Not provided for   OR  ( ) General unsecured creditor
usdoe - $60,000           (✓) Not provided for   OR  ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____
_____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** _____.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____ %, OR,

(✓) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Covington Pike Accept. _____  (✓) Assumes   OR   ( ) Rejects.
CB Property _____            (✓) Assumes   OR   ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately  60  months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Thomas C. Fila _____  DATE: 8/5/19 _____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**